```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
U.S. BANK NATIONAL ASSOCIATION,                   :
                                                  :
                         Plaintiff,               :
                                                  :      1:21-CV-09342 (ALC)
        -against-                                 :      (Related Case 1:23-cv-11035
                                                  :      (ALC))
MATTONE GROUP JAMAICA CO., LLC,                   :
ET AL.                                            :      ORDER
                                                  :
                         Defendants.              :
                                                  :
                                                  :
------------------------------------------------------------------ :
                                                  :
                                                  x
```

**ANDREW L. CARTER, JR., District Judge:**

Pursuant to today's telephonic conference, Defendant's request to move to dismiss in the Foreclosure Action is **DENIED**. 21-CV-09342, ECF No. 125. Defendant's request to move for judgment on the pleadings in the Guaranty Action is **GRANTED**. 23-cv-11035, ECF No. 23. The parties are order to adhere to the following briefing schedule for Defendant's motion for judgment on the pleadings:

Defendant's Motion for Judgment on the Pleadings: April 11, 2024

Plaintiff's Opposition:           May 2, 2024

Defendant's Reply:                May 16, 2024

The Court will decide Plaintiff's request to move to consolidate the Actions after resolution of Defendant's motion for judgment on the pleadings. 21-CV-09342, ECF No. 126; 23-cv-11035, ECF No. 24. The summary judgment motion in the Foreclosure Action is held in **ABEYANCE**. 21-CV-09342, ECF No. 126.

1

The Clerk of the Court is respectfully directed to terminate the open motions at 21-CV-09342, ECF Nos. 125-126, 23-cv-11035, ECF Nos. 23-24.

**SO ORDERED.**

**Dated:**     **March 21, 2024**
              **New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**