USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF THE REGISTERED HOLDERS OF GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2012-GCJ9, acting by and through Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of November 1, 2012,

        Plaintiff,

  -against-

MICHAEL MATTONE and CARL MATTONE,

        Defendants.

23-CV-11035 (ALC) (BCM)

**ORDER SCHEDULING ORAL ARGUMENT AND SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' letters at Dkts. 53, 54, 55, 56, and 57. Judge Moses will hear oral argument on the pending motion for judgment on the pleadings (Dkt. 40) on **October 10, 2024, at 1:30 p.m.**, in Courtroom 20A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. This is an in-person proceeding.

Thereafter, Judge Moses will conduct a settlement conference, beginning at **2:15 p.m**. that same day, in this action (the Guaranty Action) and the related action docketed as No. 21-CV-09342 (the Foreclosure Action). A separate order will issue, in both cases, outlining the parties' obligations in connection with the settlement conference.

Dated: New York, New York
       August 15, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**