UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE ON BEHALF OF THE REGISTERED
HOLDERS OF GS MORTGAGE SECURITIES
CORPORATION II, COMMERCIAL
MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2012-GCJ9,

                Plaintiff,                        23 **CIVIL** 11035 (ALC)(BCM)

      -against-                               **JUDGMENT**

MICHAEL X. MATTONE AND CARL F.
MATTONE.,
                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 10, 2025, as of the date of the Order, no objections have been filed, and no request for an extension of time to object has been made. Accordingly, Plaintiff has waived the right to object to the Report and Recommendation or to get appellate review. See Frank v. Johnson, 968 F.2d 298, 300 (2d Cir. 1992); see also Caidor v. Onondaga County, 517 F.3d 601 (2d Cir. 2008). Despite the waiver, the Court has reviewed the complaint, briefs, and Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well-reasoned and grounded in fact and law. Accordingly, the Report and Recommendation is ADOPTED in its entirety.

**Dated:**  New York, New York
         March 10, 2025

                                                    **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

            **BY:**                       *K. Mango*

                                                     **Deputy Clerk**